```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DAVID M. PORTER, Bar #127024
    Assistant Federal Defender
 3  801 "I" Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone:  (916) 498-5700

 5  Attorneys for Petitioner
    JOHN GONZALEZ JOSEPH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOHN GONZALEZ JOSEPH, | ) | |
|---|---|---|
| | ) | No. 2:11-cv-00260-JAM-GGH (HC) |
| Petitioner, | ) | |
| | ) | **MOTION FOR SUBSTITUTION OF COUNSEL;** |
| v. | ) | **ORDER** |
| | ) | |
| GARY SWARTHOUT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Petitioner, JOHN GONZALEZ JOSEPH, hereby moves this Court for an order substituting KEITH WATTLEY, Attorney at Law, 220 4th Street, Suite 201, Oakland, CA 94607, telephone (510) 271-0310; as counsel for the Petitioner in the above-entitled case. The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner. Mr. Wattley has agreed to represent the Petitioner.

/ / /

/ / /

/ / /

/ / /

/ / /

Mr. Wattley is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on his behalf.

Dated: March 1, 2011           Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Defender

                                          */s/ David M. Porter*
                                          DAVID M. PORTER
                                          Assistant Federal Defender
                                          Attorneys for Petitioner
                                          JOHN GONZELEZ JOSEPH

Dated: March 1, 2011           */s/ Keith Wattley*
                                          KEITH WATTLEY

## **O R D E R**

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Keith Wattley, Attorney at Law, shall be substituted in as appointed counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: March 3, 2011

                                          /s/ Gregory G. Hollows

                                          Honorable Gregory G. Hollows
                                          United States Magistrate Judge

2